# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:07CR3069 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOSE FLORES-MEJIA, | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's sentencing is continued to Thursday, November 15, 2007, at 11:30 a.m., before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

November 1, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge